# Court of Appeals
# of the State of Georgia

ATLANTA,  November 07, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0492. ROGER JOSEPH REINERT v. THE STATE.

Roger Joseph Reinert was convicted of aggravated assault, aggravated battery, and family violence battery; he filed a motion for new trial, which the trial court denied; and this Court affirmed his conviction on appeal. See Case No. A13A2271 (affirmed Mar. 7, 2014). Reinert subsequently filed an extraordinary motion for new trial, which the trial court denied. Reinert then filed this direct appeal. We lack jurisdiction.

An order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Reinert's failure to follow the requisite appellate procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/07/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*